· J. L. Spaulding, for appellants. J. T. Skinner and C. N. Hollerich, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Trade Press Publishing Company, appellee, v. Thomas-Andrews Company, appellant. Gen. No. 7,100.**

Action on contract by plaintiff, a foreign corporation, alleged by defendant not to have complied with statute in relation to foreign corporations. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed January 24, 1923.

Orvis & Farmer, for appellant. George W. Field and Sidney H. Block, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Herman O. Wessell, trustee, appellant, v. Herman F. Beck, appellee. Gen. No. 7,106.**

Assumpsit by trustee for money payable to a religious corporation under a deed of trust whereby property was granted to grantor's son on condition of certain payment to be made within a stipulated period of grantor's death. Judgment for defendant. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923. Rehearing denied April 4, 1923.

Frank J. Quinn and Charles V. O'Hern, for appellant. Edward J. Riley and Barnes, Magoon & Black, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**James J. Toalson, appellee, v. A. Jacobson, appellant. Gen. No. 7,171.**

Action brought by indorsee of a check in circuit court on appeal from a judgment by a justice of the peace, defendant alleging no consideration and also that he acted as agent in drawing check, writing "Agt." after his signature. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923.

H. E. Pratt, for appellant. Arthur Keithley, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Rockford City Traction Company, appellee, v. Fay Motor Bus Company, appellant. Gen. No. 7,081.**

Action by street car company to recover from motor bus company. A compensation paid to estate of deceased street car employee under order of Illinois Industrial Commission. Negligence and violation of traffic ordinance by defendant alleged as cause of death. Defendant denied ownership of bus, but license was in defendant's name. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed January 24, 1923.

Hyer & Gill, for appellant. Fisher, North, Welsh & Linscott, for appellee.

Mr. Justice Partlow delivered the opinion of the court.